UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICARDO SABHA

    Plaintiff;

    v.                                                                                           **Judge:**

AMERICA EXPRESS CENTURION;                          **Case No: 9:11cv80891**

    Defendants.

_____/

## **PLAINTIFF'S REPLY TO DEFENDANT'S MOTION TO DISMISS**

Comes now, the Plaintiff, RICARDO SABHA (hereinafter the "Plaintiff"), on behalf of himself and by and through undersigned counsel, who files reply to the Defendant, AMERICAN EXPRESS CENTURION (hereinafter "AMEX") Motion to Dismiss in support thereof would state the following:

1. Plaintiff brings this cause of action arising from communication under the Fair Credit Reporting act ("FCRA").
2. Attached to the Plaintiff's complaint is a demand letter for verification of a debt under the 16 USC 1692(g) which the Plaintiff sent to TransUnion, a consumer credit reporting agency.
3. Plaintiff cannot be responsible for whether or not the Consumer reporting agency contacted the Defendant in this matter.  This is a matter of fact that should be resolved outside of the motion to dismiss.
4. Courts have long held that notification can be determined in the discovery process and therefore should survive the Defendant's Motion to Dismiss. "Given the fact that [the consumer] would not necessarily be privy to communications between the credit reporting agency and the furnisher, it is legitimate to allow [him] discovery on the question, rather than dismissing

the action for want of a straw allegation." *Watson v. Trans Union Credit Bureau*, et al., 2005 U.S. Dist. LEXIS 7376, No. 04-205-B-C (D. Me. 04/28/05)

5. Therefore, the Plaintiff's dispute under FCRA should survive the Defendant's Motion to Dismiss.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff respectfully prays that the Defendant's Motion to Dismiss be denied and such other relief the Court deems just, equitable and proper.

Dated: November 7, 2011

Respectfully Submitted,

__/s/ Richard. B. Carey_____
Richard B. Carey, Esq.
Florida Bar No. 68427
richard@rcareylaw.com
801 Northpoint Parkway, Suite 7
West Palm Beach, FL 33407
Tel. (561) 247-1266
Fax (561) 282-3401
Attorney for Defendant(s)